| | |
|---|---|
| **From:** | George R. Farneth <grf@farnethlaw.com> |
| **Sent:** | Thursday, December 14, 2023 7:43 PM |
| **To:** | James W. Kraus |
| **Cc:** | gregory.miller@bipc.com; Kyle J. Meyer; rrepak@dmkcg.com; Chilson, Dana; JDeAngelo@mcneeslaw.com; Schwartz, Edwin; Alexa Gervasi; Savanah Caruso |
| **Subject:** | RE: Hutcherson v. PIAA, et al No.: 2:23-cv-1785 CB |

Counsel, my client has authorized me to submit a settlement demand of $▮▮▮▮▮ in exchange for a Global Full and Final Release of all claims any party may have against the other and their agents, servants, employees, insurers, and attorneys, with confidentiality. The demand is conditioned on it being accepted on or before December 29, 2023 and the settlement proceeds being paid into our IOLTA account by January 15, 2024. If no settlement is agreed to by December 29, 2023 then the demand will be automatically withdrawn. Please speak to your clients and let me know if we can get this case settled before everyone incurs significant attorneys' fees and costs. Thanks.

**George R. Farneth II, Esquire**
Founder & Partner
The Farneth Law Group, LLC



445 Fort Pitt Blvd., Suite 160, Pittsburgh, PA 15219
845 Charles St., Wellsburg, WV 26070
Direct Dial  412.977.7779
Facsimile 412.586.4713
Email   grf@farnethlaw.com



*We are required by Treasury Regulations to advise that this writing is not intended as a reliance opinion and cannot be used for purposes of avoiding IRS penalties. In addition, the information contained in this email transmission is confidential, privileged and may be exempt from disclosure under federal or state law or by order of court. Accordingly, this email transmission and all of its contents and attachments are intended only for the individual(s) to whom it is addressed. If the person receiving this email transmission is not the intended recipient or an employee or representative of the intended recipient who is responsible for delivering the message to the intended recipient, you are notified that any use or dissemination of the information contained in this email transmission is strictly prohibited. If you have received this email transmission in error, please so advise by email reply to this email address and delete the email transmission and any attachments that were sent to you. Thank you.*