| | |
|---|---|
| **From:** | George R. Farneth <grf@farnethlaw.com> |
| **Sent:** | Tuesday, February 13, 2024 1:35 PM |
| **To:** | Alexa Gervasi |
| **Cc:** | James W. Kraus; Chilson, Dana; Schwartz, Edwin; Kyle J. Meyer; Gregory Miller; Savanah Caruso; Gina A. Russell |
| **Subject:** | 2024-02-13 Fr. Pl. re Motion to Dismiss |

It appears that your position has not changed and neither has ours.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Alexa Gervasi <agervasi@krausjenkins.com>
**Sent:** Tuesday, February 13, 2024 9:33:30 AM
**To:** George R. Farneth <grf@farnethlaw.com>
**Cc:** James W. Kraus <jkraus@krausjenkins.com>; Chilson, Dana <DChilson@mcneeslaw.com>; Schwartz, Edwin <ESchwartz@mcneeslaw.com>; Kyle J. Meyer <kyle.meyer@bipc.com>; Gregory Miller <gregory.miller@bipc.com>; Savanah Caruso <smc@farnethlaw.com>; Gina A. Russell <grussell@krausjenkins.com>
**Subject:** Hutcherson v PIAA, et al.

Hi George,

Please find attached a letter providing our position regarding the claims made against McNees in your Amended Complaint. If you believe further discussion is warranted, please contact us immediately.

Thank you,

Alexa

Alexa L. Gervasi, *Counsel*
**KRAUS JENKINS**
www.krausjenkins.com
428 Blvd. of the Allies, Ste. 700
Pittsburgh, PA 15219
Direct: 412-546-0787
Cell: 806-335-6632
Fax: 412-546-0785

1

D