# Exhibit C

# Kyle J. Meyer

| | |
|---|---|
| **From:** | Kyle J. Meyer |
| **Sent:** | Tuesday, February 13, 2024 8:57 AM |
| **To:** | George R. Farneth |
| **Cc:** | Chilson, Dana; Schwartz, Edwin; Gregory Miller; Alexa Gervasi; Gina A. Russell; Savanah Caruso; James W. Kraus |
| **Subject:** | RE: Hutcherson v PIAA, et al. |

Since your claims against Buchanan have not materially changed, the Motion will say pretty much the same thing as the last Motion. If you are not willing to reconsider your claims, there is no reason to have a discussion.

**Kyle J. Meyer**
**Counsel**

409 North Second Street
Suite # 500
Harrisburg, PA 17101-1357
717 237 4887 (o)
717 421 6327 (c)
kyle.meyer@bipc.com

# Buchanan

vCard | Bio | BIPC.com | Twitter | LinkedIn

---

**From:** George R. Farneth <grf@farnethlaw.com>
**Sent:** Tuesday, February 13, 2024 7:14 AM
**To:** Kyle J. Meyer <kyle.meyer@bipc.com>
**Cc:** Chilson, Dana <DChilson@mcneeslaw.com>; Schwartz, Edwin <ESchwartz@mcneeslaw.com>; Gregory Miller <gregory.miller@bipc.com>; Alexa Gervasi <agervasi@krausjenkins.com>; Gina A. Russell <grussell@krausjenkins.com>; Savanah Caruso <smc@farnethlaw.com>; James W. Kraus <jkraus@krausjenkins.com>
**Subject:** Re: Hutcherson v PIAA, et al.

Since you are filing the Motion and know what it will allege, I will let you decide.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Kyle J. Meyer <kyle.meyer@bipc.com>
**Sent:** Monday, February 12, 2024 9:50:35 PM
**To:** George R. Farneth <grf@farnethlaw.com>
**Cc:** Chilson, Dana <DChilson@mcneeslaw.com>; Schwartz, Edwin <ESchwartz@mcneeslaw.com>; Gregory Miller <gregory.miller@bipc.com>; Alexa Gervasi <agervasi@krausjenkins.com>; Gina A. Russell <grussell@krausjenkins.com>; Savanah Caruso <smc@farnethlaw.com>; James W. Kraus <jkraus@krausjenkins.com>
**Subject:** RE: Hutcherson v PIAA, et al.

George:

I am speaking solely on behalf of my own client, but I don't think we need to speak unless you believe there is something meaningful for us to discuss.  Since Plaintiff's claims against Buchanan have not materially changed, however, the parties appear to be in the same position as when we filed the last Motion to Dismiss (*i.e.*, Buchanan asserting that Plaintiff's claims are deficient and Plaintiff not willing to withdraw his claims despite the deficiencies identified by Buchanan).  Nevertheless, if you believe my assessment of the situation is wrong or your client is willing to voluntarily withdraw claims against Buchanan, I am happy to jump on a call at whatever time you can make yourself available tomorrow.  Short of that, however, I do not think a call will be necessary.

Kyle

**Kyle J. Meyer**

**Counsel**

409 North Second Street

Suite # 500

Harrisburg, PA 17101-1357

717 237 4887 (o)

717 421 6327 (c)

kyle.meyer@bipc.com

# Buchanan

vCard | Bio | BIPC.com | Twitter | LinkedIn

**From:** George R. Farneth <grf@farnethlaw.com>
**Sent:** Monday, February 12, 2024 9:12 PM
**To:** Kyle J. Meyer <kyle.meyer@bipc.com>
**Cc:** Chilson, Dana <DChilson@mcneeslaw.com>; Schwartz, Edwin <ESchwartz@mcneeslaw.com>; Gregory Miller <gregory.miller@bipc.com>; Alexa Gervasi <agervasi@krausjenkins.com>; Gina A. Russell <grussell@krausjenkins.com>; Savanah Caruso <smc@farnethlaw.com>; James W. Kraus <jkraus@krausjenkins.com>
**Subject:** RE: Hutcherson v PIAA, et al.

Tomorrow I will be traveling to Rochester, NY for meetings and depositions the rest of the week. What time are you proposing to speak?

**George R. Farneth II, Esquire**

Founder & Partner

The Farneth Law Group, LLC



445 Fort Pitt Blvd., Suite 160, Pittsburgh, PA 15219

845 Charles St., Wellsburg, WV 26070

Direct Dial  412.977.7779

Facsimile 412.586.4713

Email   grf@farnethlaw.com



*We are required by Treasury Regulations to advise that this writing is not intended as a reliance opinion and cannot be used for purposes of avoiding IRS penalties. In addition, the information contained in this email transmission is confidential, privileged and may be exempt from disclosure under federal or state law or by order of court. Accordingly, this email transmission and all of its contents and attachments are intended only for the individual(s) to whom it is addressed. If the person receiving this email transmission is not the intended recipient or an employee or representative of the intended recipient who is responsible for delivering the message to the intended recipient, you are notified that any use or dissemination of the information contained in this email transmission is strictly prohibited. If you have received this email transmission in error, please so advise by email reply to this email address and delete the email transmission and any attachments that were sent to you. Thank you.*

**From:** Kyle J. Meyer <kyle.meyer@bipc.com>
**Sent:** Monday, February 12, 2024 8:50 PM
**To:** George R. Farneth <grf@farnethlaw.com>
**Cc:** Chilson, Dana <DChilson@mcneeslaw.com>; Schwartz, Edwin <ESchwartz@mcneeslaw.com>; Gregory Miller <gregory.miller@bipc.com>; Alexa Gervasi <agervasi@krausjenkins.com>; Gina A. Russell <grussell@krausjenkins.com>; Savanah Caruso <smc@farnethlaw.com>; James W. Kraus <jkraus@krausjenkins.com>
**Subject:** RE: Hutcherson v PIAA, et al.

George:

Having reviewed the Amended Complaint, we do not believe that Plaintiff has cured the deficiencies identified in Buchanan's Motion to Dismiss the Original Complaint. Accordingly, we intend to file another Motion to Dismiss raising most (if not all) of the same arguments tailored, as necessary, to the amended pleading. Please let me know by 3:00 p.m. tomorrow whether your client is willing to change his position and agree to voluntarily withdraw all or some of the claims against Buchanan. I am happy to jump on a call tomorrow should you want to discuss.

Kyle

**Kyle J. Meyer**

**Counsel**

409 North Second Street

Suite # 500

Harrisburg, PA 17101-1357

717 237 4887 (o)

717 421 6327 (c)

kyle.meyer@bipc.com

# Buchanan

vCard | Bio | BIPC.com | Twitter | LinkedIn

---

**From:** Kyle J. Meyer
**Sent:** Thursday, December 14, 2023 12:39 PM
**To:** George R. Farneth <grf@farnethlaw.com>
**Cc:** Chilson, Dana <DChilson@mcneeslaw.com>; Schwartz, Edwin <ESchwartz@mcneeslaw.com>; Gregory Miller <gregory.miller@bipc.com>; rrepak@dmkcg.com; Alexa Gervasi <agervasi@krausjenkins.com>; Gina A. Russell <grussell@krausjenkins.com>; Smc@farnethlaw.com; James W. Kraus <jkraus@krausjenkins.com>
**Subject:** RE: Hutcherson v PIAA, et al.

George:

As I indicated during yesterday's meet and confer, my client Buchanan Ingersoll & Rooney ("BIR") is similarly situated to McNees Wallace & Nurick ("MWN") with respect to the claims asserted and, in that regard, BIR's positions regarding the deficiencies in Plaintiff's Complaint are materially the same as those set forth in Attorney Kraus's earlier letter on behalf of MWN, which is attached for convenience. For those non-exhaustive reasons, the Complaint does not state any plausible claim for relief against BIR, nor do we believe it could be credibly amended to do so. While we welcome your response and further dialogue, the timing dictates that we

must proceed with preparing our papers so that they are ready to be filed by the applicable deadline should you and your client fail to take meaningful corrective action before then.

Best,

Kyle

**Kyle J. Meyer**

**Counsel**

409 North Second Street

Suite # 500

Harrisburg, PA 17101-1357

717 237 4887 (o)

717 421 6327 (c)

kyle.meyer@bipc.com

# Buchanan

vCard | Bio | BIPC.com | Twitter | LinkedIn

---

**From:** James W. Kraus <jkraus@krausjenkins.com>
**Sent:** Thursday, December 14, 2023 10:09 AM
**To:** George R. Farneth <grf@farnethlaw.com>
**Cc:** Chilson, Dana <DChilson@mcneeslaw.com>; Schwartz, Edwin <ESchwartz@mcneeslaw.com>; Gregory Miller <gregory.miller@bipc.com>; Kyle J. Meyer <kyle.meyer@bipc.com>; rrepak@dmkcg.com; Alexa Gervasi <agervasi@krausjenkins.com>; Gina A. Russell <grussell@krausjenkins.com>; Smc@farnethlaw.com
**Subject:** Hutcherson v PIAA, et al.

Good Morning George.  As follow-up to our meet and confer yesterday, I am attaching a letter providing our position regarding the claims you have made against McNees.  Thank you.  Jim

James W. Kraus

**KRAUS JENKINS**

Liberty Center

1001 Liberty Avenue, Fifth Floor

Pittsburgh, PA  15222

Direct:  412-546-0781

Fax:  412-546-0785

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.